[No. 28316-2-I. Division One. June 22, 1992.]

RANDALL J. RICHARDSON, ET AL, *Respondents*, v. LARRY J. SEITZ, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-11909-9, Mary Wicks Brucker, J., entered

March 19, 1991. *Affirmed* by unpublished per curiam opinion.